IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM B. GABRIEL**                                                              **PLAINTIFF**

**V.**                                    **NO. 4:07CV000102JMM**

**WILLIAM N. SUMMERS, STEPHEN F. DANIELS,**
**JEFFREY L. COTHIER;**
**NORTH BLUFFS DEVELOPMENT CORPORATION,**
**AND DOES 1-100**                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Orders entered herein, docket #'s 48, 81 and 87, Plaintiff's complaint and amended complaint are dismissed with prejudice.

IT IS SO ORDERED this 15th day of June, 2007.

_____
James M. Moody
United States District Judge